UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SALAMI,

    Plaintiff,

v.

    Case No. 1:20-cv-541

    HONORABLE PAUL L. MALONEY

KYLE SPERLING, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: August 6, 2021                      /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge